UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION

No. 7:06-CR-49-2-F

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| GERALD LEE WILLIAMS, | ) | |
| Defendant. | ) | |

This matter is before the court on Defendant's Motion for Sequestration of Government Witnesses [DE-49]. For good cause shown, Defendant's motion is ALLOWED, and all witnesses expected to testify at trial will be sequestered, except for case agents designated by the Government and the Defendant.

SO ORDERED.

This the 26 day of February, 2007.

James C. Fox
Senior United States District Judge